costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

William F. Allen, as Receiver, etc., Respondent, v. Edwin C. Willets, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Hellene Dosztal, as Administratrix, etc., Respondent, v. H. G. Kotten Company, Appellant.— Order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

James G. Batterson, Respondent, v. Harry Raymond and Others, Copartners, etc., Appellants, Impleaded with Another.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Elizabeth Josephine McDonald, Respondent, v. Isaac Jacobs, as Administrator, etc., Appellant.— Order reversed and motion granted upon payment within ten days of costs of action before trial and ten dollars costs of motion; the cause to retain its place on the calendar subject to an application by plaintiff, if so advised, for a reasonable adjournment of the trial. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Aaron Wartels, Plaintiff, v. Samuel Augenblick Company and Others, Impleaded with Empire Distillery Company, Respondent. Michael Schaap, as Receiver, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Toltec Mexican Oil Company, Appellant, v. East Coast Oil Company, S. A., Respondent, Impleaded with Garrard Glenn.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Charles Collins, an Infant, etc., Appellant, v. Samuel E. Jacobs, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

In the Matter of the Voluntary Dissolution of Voron & Chait, Inc., etc. Isaac Voron, Appellant; Sabbatia Chait, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

J. Albert Fish, Appellant, v. Adrian Iselin, Jr., Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. John Heuman v. Theodore A. Bingham, as Commissioner.—Motion to dismiss writ granted, without costs. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. Ernest C. Bromley v. James C. Cropsey, Commissioner.— Motion to dismiss writ granted, with ten dol-